IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Grady, Andre | Case Number: 04 B 45022 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 12/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 1, 2008
Confirmed: January 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,500.00 | |
| Secured: | | 2,930.93 |
| Unsecured: | | 1,730.73 |
| Priority: | | 0.00 |
| Administrative: | | 2,180.20 |
| Trustee Fee: | | 358.14 |
| Other Funds: | | 300.00 |
| Totals: | 7,500.00 | 7,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,180.20 | 2,180.20 |
| 2. | Niko | Secured | 2,930.93 | 2,930.93 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 357.50 | 884.41 |
| 4. | Asset Acceptance | Unsecured | 195.83 | 484.44 |
| 5. | Jefferson Capital | Unsecured | 59.25 | 146.58 |
| 6. | Niko | Unsecured | 3.39 | 8.38 |
| 7. | United Collection Bureau Inc | Unsecured | 17.30 | 42.81 |
| 8. | RoundUp Funding LLC | Unsecured | 66.34 | 164.11 |
| 9. | KCA Financial Services | Unsecured | | No Claim Filed |
| 10. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 11. | AT&T | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Collectech | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 15. | Sanford Kahn | Unsecured | | No Claim Filed |
| 16. | Global Health Care | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | I Q Tel | Unsecured | | No Claim Filed |
| 19. | Alverno Advanced Life | Unsecured | | No Claim Filed |
| 20. | RCN | Unsecured | | No Claim Filed |
| 21. | Mad Collection Agency | Unsecured | | No Claim Filed |
| 22. | Illinois Bell Telephone | Unsecured | | No Claim Filed |
| 23. | Sprint PCS | Unsecured | | No Claim Filed |
| 24. | Sagen Telecom Inc | Unsecured | | No Claim Filed |
| 25. | Medical Payment Data | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Grady, Andre

Printed:  9/3/08

Case Number:  04 B 45022
Judge:  Hollis, Pamela S
Filed:  12/7/04

| | | | | |
|---|---|---|---|---|
| 26. | Sprint | Unsecured | | No Claim Filed |
| 27. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 28. | University of Illinois | Unsecured | | No Claim Filed |
| 29. | Telecom USA | Unsecured | | No Claim Filed |
| 30. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 31. | Book of the Month Club | Unsecured | | No Claim Filed |
| 32. | First Premier | Unsecured | | No Claim Filed |
| 33. | Credit Protection Association | Unsecured | | No Claim Filed |
| 34. | National Check Control | Unsecured | | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 36. | State Collection Srv | Unsecured | | No Claim Filed |
| 37. | New Millenium Communication | Unsecured | | No Claim Filed |
| 38. | MTI | Unsecured | | No Claim Filed |
| 39. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| 40. | Park Dansan | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 5,810.74 | $ 6,841.86 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 19.50 |
| 4% | 31.99 |
| 3% | 18.01 |
| 5.5% | 93.50 |
| 5% | 35.00 |
| 4.8% | 57.60 |
| 5.4% | 102.54 |
| | _____ |
| | $ 358.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____